IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT | § | |
| OPPORTUNITY COMMISSION | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 00-0297 |
| | § | |
| WESTLODGE HOSPITALITY, INC. | § | |
| and WW LODGING, L.L.C. | § | |
| | § | |

## FINAL JUDGMENT

This action came on for trial before the Court and a jury, the Honorable David Briones presiding. On October 11, 2001, all matters having been duly tried and submitted to the jury, the jury rendered its verdict in this matter.

In accordance with the verdict of the jury, all claims asserted by Plaintiff, the Equal Employment Opportunity Commission, are hereby DISMISSED with prejudice, and all relief sought by Plaintiff, the Equal Employment Opportunity Commission, is hereby DENIED.

All relief not expressly granted herein is DENIED.

This is a FINAL JUDGMENT.

SIGNED this _19_ day of October 2001.

_____
Judge David Briones
United States District Judge

::ODMA\PCDOCS\HOUSTON\838157\1